IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS STEVEN MOSKALOFF,<br><br>Defendant. | CR 20–10–M–DLC<br><br><br><br>ORDER |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Nicholas Steven Moskaloff appeared before the Court on July 30, 2020 and entered a plea of guilty to Count I of the indictment. He also admitted the forfeiture allegation. Moskaloff's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED that:

Defendant Moskaloff's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Ruger P90, Pistol, Cal. 45, Serial #663-51735; and

- 5 rounds Wolf Ammunition Cal. 45;

The United States Marshal's Service, the Bureau Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed; and

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 3rd day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court